CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 07 2014

JULIA C. DUDLEY, CLERK
BY: HMcDonough
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TONY ALEXANDER WARREN-BEY, Petitioner, | Case No. 7:14-cv-00531 |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., Respondents. | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** as frivolous, Petitioner's motion for leave to proceed in forma pauperis and motion for clarification are **DENIED**, and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 7th day of November, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge